IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN W. JONES,<br>*Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-4459 |
| | : | |
| MICHAEL KAMINSKI, *et al.*,<br>*Defendants*. | : | |

## **ORDER**

AND NOW, this 7th day of October, 2019, upon consideration of Plaintiff Martin W. Jones's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 2), and Complaint (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Martin W. Jones, #NN-4778, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Rockview or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Jones's inmate account; or (b) the average monthly balance in Jones's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Jones's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding

month's income credited to Jones's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

  3. The Clerk of Court shall **SEND** a copy of this Order to the Superintendent of SCI Rockview.

  4. The Complaint is **DEEMED** filed.

  5. Jones's Complaint is **DISMISSED WITH PREJUDICE** as time-barred, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

  6. The Clerk of Court shall **CLOSE** this case.

           **BY THE COURT:**

           */s/ Gerald J. Pappert*
           **GERALD J. PAPPERT, J.**